UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

**Marino, et al,**

                           Plaintiffs,

             -against-

**Mountain Restaurant Supply, LLC, et al.,**

                         Defendant.

----------------------------------------------------------------X

> **USDC SDNY**
> **DOCUMENT**
> **ELECTRONICALLY FILED**
> **DOC #:** _____
> **DATE FILED:** __ 3/13/2026 __

**ORDER RE STATUS CONFERENCE**

*7:25-cv-7607 NSR-VR*

**VICTORIA REZNIK, United States Magistrate Judge:**

A Status Conference (via telephone) is hereby scheduled for **April 16, 2026  at 10:30 am.**  The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference.

**\*\*THE PARTIES ARE TO SUBMIT A CMP AS DIRECTED BY JUDGE ROMÁN BY APRIL 13, 2026**

At the Status Conference, the parties should be prepared to discuss the following:

(1) a brief summary of claims, defenses, and relevant issues;
(2) the basis of subject matter jurisdiction;
(3) the subjects on which discovery may be needed;
(4) any anticipated discovery disputes or sought-after limitations on discovery;
(5) any plans for electronic discovery and ESI protocols;
(6) any plans for confidentiality orders and orders relating to Fed. R. Evid. 502(d);
(7) any anticipated motions; and
(8) the prospects and timing for early settlement or resolution.

      **SO ORDERED.**

DATED:    White Plains, New York
              March 13, 2026

                              _____
                              VICTORIA REZNIK
                              United States Magistrate Judge