USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___4/28/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
----------- :
SAMUEL MARINO, :
:
:
                    Plaintiff, :
:     Case No.: 25-cv-07607(NSR)
        -against- :
:
MOUNTAIN RESTAURANT SUPPLY, LLC, and LOUIS :     ORDER OF JUDGMENT
FRANCESE, :
:
:
                    Defendants. :
------------------------------------------------------------ X

**The Court Orders that:**

Plaintiff Samuel Marino recovers from Defendants Mountain Restaurant Supply, LLC,

and Louis Francese, jointly and severally, the total amount of Twenty-Three Thousand Five

Hundred Dollars and Zero Cents ($23,500.00), inclusive of attorneys' fees and costs, as set

forth and subject to the terms in the accepted offer of judgment (ECF No. 20).

     The Clerk of Court is directed to terminate this action.

    Dated: April 28, 2026         **SO ORDERED:**
    White Plains, New York

                               _____
                               Hon. Nelson S. Román
                               United States District Judge